JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW PAUL DELIO,<br><br>Defendant. | No.  CV 12-6923 PA<br>     CR 08-1235 PA<br><br>JUDGMENT |
|---|---|

Pursuant to the Court's April 3, 2013 Order denying Petitioner Andrew Paul Delio's Motion for Relief Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

DATED: April 3, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE